**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Luis A. Serrano (SBN 349024)
lserrano@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff,
**COLLEEN A. OSBORNE**

**THETA LAW FIRM, LLP**
Mehgan Gallagher (SBN 338699)
mg@thetafirm.com
Soheyl Tahsildoost (SBN 271294)
st@thetafirm.com
eservice@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone:  (424) 297-3103
Fax:             (424) 286-2244

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN A. OSBORNE, an individual, | Case No: 8:23-cv-00187-FWS-DFM |
| Plaintiff, | Judge: Hon. Fred W. Slaughter |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company | |
| Defendants. | |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, COLLEEN A. OSBORNE, and Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Dated: December 18, 2023          QUILL & ARROW LLP

                                  By __/s/ _Gregory Sogoyan__
                                  Kevin Y. Jacobson, Esq.
                                  Gregory Sogoyan, Esq.
                                  Luis A. Serrano, Esq.
                                  Attorneys for Plaintiff
                                  COLLEEN OSBORNE

Dated: December 18, 2023          THETA LAW FIRM, LLP

                                  By: _/s/ Mehgan Gallagher_____
                                  Soheyl Tahsildoost
                                  Mehgan Gallagher, Esq.
                                  Attorneys for Defendant
                                  MERCEDES-BENZ USA, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Gregory Sogoyan, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP

By: _____

MEHGAN GALLAGHER
Attorney for Defendant MERCEDES-BENZ USA, LLC