# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN A. OSBORNE, an individual,<br><br>           Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>           Defendants, | Case No.: 8:23-cv-00187-FWS (DFMx)<br><br>**ORDER REGARDING DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: February 26, 2024          By: _____

FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE